No. 12–6504. GRAY *v.* GIPSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6505. ANDERSON *v.* BROWN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 12–6507. HARRISON *v.* DAVIS. C. A. 4th Cir. Certiorari denied.

No. 12–6508. HUGHES *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–6511. GARCIA RANGEL *v.* SCHMIDT ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–6517. HUGUELEY *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–6521. CAMPBELL *v.* STEIN. C. A. 9th Cir. Certiorari denied.

No. 12–6533. KORMONDY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6534. MARTINEZ *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 12–6536. MEDINA *v.* HARTLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6539. MITCHELL *v.* MEDINA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6540. MISHALL *v.* WARREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6546. RHODES *v.* HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6559. MCCREARY *v.* SANDOVAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6577. GRIFFIN *v.* TERRY, WARDEN. Sup. Ct. Ga. Certiorari denied.